## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TANAKA BIRDO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO.  05-cv-066-JPG-DGW |
| | ) |
| **BRAD WOLENHAUPT, et al.,** | ) |
| | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  July 15, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE